UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION At CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 1:06-cr-140-008 |
| | ) | Judge Collier/Carter |
| KELVIN LLOYD | ) | |

## MOTION TO TERMINATE SUPERVISION

Defendant Kelvin Lloyd, through undersigned counsel, hereby requests this Honorable Court to terminate his remaining term of supervised release. Mr. Lloyd served 10 months of his original sentence of 18 months in the Bureau of Prisons custody. He was released to a halfway house on March 31, 2009 and began his three-year term of supervised release on August 24, 2009.

Statutory and Policy Considerations

Early termination of supervision is governed by 18 U.S.C. §3583(e)(1) and (2). This Court may terminate supervision "after considering the factors set forth in section 3553(a)(1), (a)(2)(B, (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)." 18 U.S.C. §3583(e). Mr. Lloyd must have completed one year of supervision prior to his request, and this Court must be satisfied that early termination "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. §3583(e)(1).

Monograph 109 of the Federal Probation Office § 380.10(b) recommends that probation officers should consider the suitability of early termination for offenders as soon as they are statutorily eligible. This section lists a series of nine criteria that the offender should strive to meet in order for consideration.

Mr. Lloyd's Compliance

Mr. Lloyd has completed over one year of supervision and is statutorily eligible to request early termination. He has complied with all the terms and conditions of supervision and has not experienced any problems. In fact, he was compliant with his pretrial supervision as well. He currently maintains a stable residence with his wife.

Mr. Lloyd was a criminal history category of I when he was sentenced. He has not had any new violations of the law, has followed the instructions of the probation office, and the probation office does not oppose the termination of Mr. Lloyd's supervision.

For the above cited reasons, Mr. Lloyd respectfully requests this Honorable Court to terminate the remaining term of his supervised release.

Respectfully submitted,

**LEVITT & LEVITT**

By: /s/ Martin J. Levitt
**Martin J. Levitt**
Attorney for Defendant
312 Vine Street
Chattanooga, Tennessee 37403
Telephone: 423-266-7555
Fax: 423-266-8342

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2011, a copy of the foregoing Motion to Terminate Supervision was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Martin J. Levitt
**Martin J. Levitt**
Tennessee BPR # 004229
312Vine Street
Chattanooga, Tennessee 37403
Telephone: 423-266-7555
Fax: 423-266-8342