## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | DOCKET NUMBER 1:06-CR-140-008 |
| ) | |
| KELVIN J. LLOYD ) | |

## ORDER OF COURT

On <u>March 13, 2008</u> the above named offender was sentenced to a term of Supervised Release for a period of <u>three years</u> which commenced on August 24, 2009. The offender has complied with the rules and regulations of supervision and has achieved all supervision objectives. Accordingly, it is hereby ordered that the defendant be discharged from supervision.

                                                    **/s/**
                                                  **CURTIS L. COLLIER**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**